UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAEVON MARKELL TURNER,<br><br>       Plaintiff,<br><br>    v.<br><br>JASON W. HEUER, et al.,<br><br>       Defendants. | CASE NO. C21-1033 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3) This case is **DISMISSED without prejudice**; and

(4) The Clerk shall enter JUDGMENT and close this case.

\

\

ORDER - 1

1    Dated this 18th day of November, 2021.

*[Signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2